UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEPHEN JOHN KARES,

    Petitioner,

v.

CONNIE HORTON,

    Respondent.
_____/

Case No. 2:19-cv-7

Hon. Hala Y. Jarbou

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's amended petition for a writ of habeas corpus (ECF No. 10) is **DENIED**.

A judgment and certificate of appealability will enter consistent with this Order.

Dated: August 3, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE